United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18369-amc
Deidre A Wood                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey        Page 1 of 1           Date Rcvd: Mar 03, 2017
                       Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
13649693      +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
    BRAD J. SADEK    on behalf of Debtor Deidre A Wood brad@sadeklaw.com
    DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree 2008-HE1 bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., an assignee of Fifth Third Bank mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18369-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Deidre A Wood
805 Atwood Road
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/02/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: PHEAA, PO BOX 8147, HARRISBURG, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/05/17

Tim McGrath
**CLERK OF THE COURT**