## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deidre A. Wood<br>　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank, N.A., as trustee for Green Tree 2008-HE1, as Servicer with delegated authority under the transaction documents<br>　　　　　　　Movant<br>　　vs.<br>Deidre A. Wood<br>　　　　　　　Debtor | NO. 15-18369 AMC |
| William C. Miller Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**MOTION OF U.S. Bank, N.A., as trustee for Green Tree 2008-HE1, as Servicer with delegated authority under the transaction documents,**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362**

1. Movant is U.S. Bank, N.A., as trustee for Green Tree 2008-HE1, as Servicer with delegated authority under the transaction documents.

2. Debtor is the owner of the premises 1515 South 53rd Street, Philadelphia, PA 19143, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of a mortgage, original principal amount of $43,033.98 on the mortgaged premises that was executed on November 30, 2000. Said mortgage was recorded on January 04, 2001 at Instrument No. 50194095. Documentation provided is in support of right to seek a lift of stay and foreclose if necessary.

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by Debtor.

6. Debtor has failed to make the monthly post-petition mortgage payments in the amount of $485.03 for the months of December 2016 through April 2017.

7. As of April 3, 2017, the total amount necessary to reinstate the loan post-petition, less suspense balance of $265.64 is $2,159.51.

8. Debtor is currently delinquent in plan payments to the Chapter 13 Trustee in the amount of $1,149.00.

9. Movant is entitled to relief from stay for cause.

10. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

**/s/Thomas Puleo, Esquire**
Brian C. Nicholas, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322