# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-18369-AMC

DEIDRE A WOOD

805 ATWOOD ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DEIDRE A WOOD

  805 ATWOOD ROAD

  PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

  BRAD J. SADEK ESQ
  SADEK LAW OFFICE
  1315 WALNUT STREET #502
  PHILADELPHIA, PA 19107-

Date: 10/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee