UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DEIRDRE A. WOOD,   :   Chapter 13
:
Debtor   :   Bky. No. 15-18369 AMC

## ORDER

AND NOW, upon consideration of the Debtor's Motion for Leave to Sell Real Property Free and Clear of All Liens, Interest and Encumbrances ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **August 28, 2018**, at **11:00 a.m.**, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all secured creditors and all priority creditors by overnight mail, facsimile transmission, e-mail transmission or first class mail **no later than 5:00 p.m. on August 17, 2018**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: August 16, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
for ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE