**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: : | |
| : | |
| Deidre A Wood : | |
| : | |
| : | |
| : | Case No. 15-18369AMC |
| : | |
| Debtor(s) : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on August 16, 2018, a true and correct copy of the Expedited Motion to Sell Property Free and Clear of Liens under Section 363 and the Order scheduling the Expedited Hearing was served by electronic delivery and Regular US First Class Mail to the Trustee, secured creditors and priority creditors.

                                                                                                   Very Truly Yours,

August 16, 2018                                                      ***/s/ Brad J. Sadek, Esquire***
                                                                                        Brad J. Sadek, Esquire