United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18369-amc
Deidre A Wood                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John                Page 1 of 1              Date Rcvd: Aug 16, 2018
                             Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db             +Deidre A Wood,   805 Atwood Road,   Philadelphia, PA 19151-3307
cr             +Santander Consumer USA Inc., an assignee of Fifth,   P.O. Box 660633,   Dallas, TX 75266-0633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2018 02:14:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Deidre A Wood brad@sadeklaw.com,    bradsadek@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree
               2008-HE1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree
               2008-HE1 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree 2008-HE1
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., an assignee of Fifth
               Third Bank ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DEIRDRE A. WOOD, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 15-18369 AMC |

## ORDER

AND NOW, upon consideration of the Debtor's Motion for Leave to Sell Real Property Free and Clear of All Liens, Interest and Encumbrances ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **August 28, 2018**, at **11:00 a.m.**, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all secured creditors and all priority creditors by overnight mail, facsimile transmission, e-mail transmission or first class mail **no later than 5:00 p.m. on August 17, 2018**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: August 16, 2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
for ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE