| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

| File No./Escrow No.: | 18-02465 | Interstate Abstract |
|---|---|---|
| Print Date & Time: | 08/24/2018 08:42 AM | |
| Officer/Escrow Officer: | | 1458 County Line Rd, Unit H |
| | | Huntingdon Valley, PA 19006 |
| Settlement Location: | 1458 County Line Rd, Unit H, Huntingdon Valley, PA 19006 | |

Property Address:   1515 South 53rd Street, Philadelphia, PA 19143
Buyer:              MARQUITA S. JOHNSON-COLBERT
Seller:             DEIDRE WOOD
Lender:             MERIDIAN BANK ISAOA/ATIMA

Settlement Date:    8/30/2018
Disbursement Date:  8/30/2018
Additional dates per state requirements:

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | $60,000.00 | Sales Price of Property | $60,000.00 | |
| | | Deposit | | $500.00 |
| | | Loan Amount | | $58,913.00 |
| $3,600.00 | | Seller Credit | | $3,600.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | | City/Town Taxes from 8/30/2018 to 12/31/2018 | $67.95 | |
| | $67.95 | City/Town Taxes from 8/30/2018 to 12/31/2018 | | |
| | | | | |
| | | **Loan Charges to MERIDIAN BANK ISAOA/ATIMA** | | |
| | | LenderCredits to MERIDIAN BANK ISAOA/ATIMA | $(285.00) | |
| | | | | |
| | | **Other Loan Charges** | | |
| | | Processing Fee | $570.00 | |
| | | Underwriting | $425.00 | |
| | | Appraisal fee to Olde City Lending: $500.00 POC-Borrower | | |
| | | Credit Report to Credit Plus | $84.51 | |
| | | Flood Certifcation to Corelogic | $11.50 | |
| | | Mortgage Insurance to HUD | $1,013.25 | |

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | Reinspection Fee to Olde City Lending Solutions | $160.00 | |
| | | Reinspection Fee to Olde city Lending | $100.00 | |
| | | COURIER FEE to Interstate Abstract | $15.50 | |
| | | ELECRONIC DOCUMENT DELIVERY FEE to Interstate Abstract | $69.00 | |
| $30.00 | | NOTARY FEE | $30.00 | |
| | | WIRE FEE to Interstate Abstract | $36.00 | |
| | | Prepaid Interest to MERIDIAN BANK ISAOA/ATIMA | $15.74 | |
| | | | | |
| | | Impounds | | |
| | | Aggregate Adjustment | | $315.10 |
| | | Homeowner's Insurance 3 mo @ $ 85.33/mo | $255.99 | |
| | | Property Taxes 8 mo @ $ 63.02/mo | $504.16 | |
| | | | | |
| | | Title Charges & Escrow / Settlement Charges | | |
| | | Lender's Policy with WFG NATIONAL TITLE INSURANCE COMPANY<br>  100 No Viol   $50.00<br>    $50.00 Buyer<br>  300 Survey   $50.00<br>    $50.00 Buyer<br>  900 EPL-Res   $50.00<br>    $50.00 Buyer<br>  ClosingProtecLtr   $125.00<br>    $125.00 Buyer | $1,042.93 | |
| | | Owner's Policy with WFG NATIONAL TITLE INSURANCE COMPANY | $6.27 | |
| | | | | |
| | | Commission | | |
| $3,000.00 | | Real Estate Commission Buyers Broker to REALTY MARK CITYSCAPE | | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| $300.00 | | State Tax/stamps to Commonwealth of Pennsylvania | $300.00 | |
| | | First Front Door | $226.75 | |
| | | MORTGAGE to City of Philadelphia | $226.75 | |
| | | DEED to City of Philadelphia | $256.75 | |
| $983.40 | | City/County tax/stamps to City of Philadelphia | $983.40 | |
| | | | | |
| | | Payoff(s) | | |
| | $33,089.41 | Lender: Payoff of First Mortgage Loan to DITECH FINANCIAL LLC, ISAOA/ATIMA<br>  Principal Balance as of 8/30/2018 $33,089.41<br>    Interest on Payoff Loan: 0 days @ $0.00/day for $0.00 | | |

| Seller | | Description | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | Miscellaneous | | |
| | | Homeowner's Insurance Premium to Allstate | $1,023.95 | |
| $636.02 | | Water Bill LR 644 to Water Revenue Bureau | | |
| $3,423.66 | | Judgment Payoff to City of Philadelphia | | |
| $2,752.00 | | Municipal Lien 100531444 | | |
| $425.00 | | REAL ESTATE CONVEYANCE FEE to REALTY MARK CITYSCAPE | $795.00 | |
| $100.00 | | WATER FINAL READING to Water Revenue Bureau | | |
| $212.00 | | 2018 REAL ESTATE TAXES to City of Philadelphia Dept of Revenue | | |
| $125.00 | | Deed Prep | | |
| | | Home Warranty to First American | $1,050.00 | |
| | | Firstfront Door | | $5,000.00 |

| Seller | | | Borrower/Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| $48,676.49 | $60,067.95 | Subtotals | $68,985.40 | $68,328.10 |
| | | Due From Borrower | | $657.30 |
| $11,391.46 | | Due To Seller | | |
| $60,067.95 | $60,067.95 | Totals | $68,985.40 | $68,985.40 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Interstate Abstract to cause the funds to be disbursed in accordance with this statement.

_____

MARQUITA S. JOHNSON-COLBERT

_____

DEIDRE WOOD

_____

Escrow Officer