UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Deidre Wood : | Chapter 13 |
| : | |
|    Debtor : | Case No.: 15-18369AMC |

## ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this __28th__ day of __August__, 2018 upon consideration of the Motion of Amanda Ashe, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located 1515 S. 53rd Street, Philadelphia PA 19143 is approved.

3. The Debtor is authorized to sell the property known as and located at 1515 S. 53rd Street, Philadelphia PA 19143 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Buyers have not assumed any liabilities of the Debtor.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. Ditech shall be paid in full on its balance at closing of the sale pursuant to an official payoff figure

FURTHER ORDERED:

_____
Honorable Ashely M. Chan