United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18369-amc
Deidre A Wood                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 1               Date Rcvd: Aug 28, 2018
                              Form ID: pdf900            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db           +Deidre A Wood,    805 Atwood Road,    Philadelphia, PA 19151-3307
cr            Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
cr           +Santander Consumer USA Inc., an assignee of Fifth,    P.O. Box 660633,   Dallas, TX 75266-0633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Aug 29 2018 01:46:04     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 01:45:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2018 01:45:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Deidre A Wood brad@sadeklaw.com,    bradsadek@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree
               2008-HE1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree
               2008-HE1 bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., as trustee for Green Tree 2008-HE1
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., an assignee of Fifth
               Third Bank ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Deidre Wood | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 15-18369AMC |

## ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

AND NOW, this 28th day of August, 2018 upon consideration of the Motion of Amanda Ashe, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

ORDERED and DECREED that:

1. Notice of the Motion was proper and adequate.

2. The Motion is granted and the sale of the real property known as and located 1515 S. 53rd Street, Philadelphia PA 19143 is approved.

3. The Debtor is authorized to sell the property known as and located at 1515 S. 53rd Street, Philadelphia PA 19143 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

4. The Buyers have not assumed any liabilities of the Debtor.

5. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

6. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

7. Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

8. Ditech shall be paid in full on its balance at closing of the sale pursuant to an official payoff figure

FURTHER ORDERED:

_____
Honorable Ashely M. Chan