Certificate Number: 03088-PAE-DE-035595413

Bankruptcy Case Number: 15-18369



03088-PAE-DE-035595413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2021, at 5:08 o'clock PM CDT, Deidre A Wood completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 21, 2021            By:     /s/Doug Tonne

                                 Name:   Doug Tonne

                                 Title:  Counselor