United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 15-18369-mdc |
|---|---|
| Deidre A Wood | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deidre A Wood, 805 Atwood Road, Philadelphia, PA 19151-3307 |
| cr | + | Santander Consumer USA Inc., an assignee of Fifth, P.O. Box 660633, Dallas, TX 75266-0633 |
| 13635885 | + | Aes/Esa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13635886 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13635887 | + | Aes/Pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13635893 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13678779 | + | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13652999 |   | Ditech Financial, LLC, PO BOX 6154, Rapid City, SD 57709-6154 |
| 13875798 |   | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13635896 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 13655516 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13649693 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 13635900 | + | Santander Consumer USA, P.O. Box 961245, Ft Worth, TX 76161-0244 |
| 13635901 | + | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13635902 | + | U Of P Federal Cu, 3900 Chestnut St, Philadelphia, PA 19104-3120 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13669533 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 19 2021 01:51:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13635888 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:02 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13635890 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:07 | Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 13725858 | + | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13644692 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 15-18369-mdc    Doc 90    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 13635889 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:53:20 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13635892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Bank/Anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 13635894 | + | Email/PDF: pa_dc_ed@navient.com | May 19 2021 01:51:30 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13635895 | + | Email/Text: bknotice@ercbpo.com | May 19 2021 01:58:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13635897 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:58 | Green Tree Servicing, 332 Minnesota St, Ste 610, Saint Paul, MN 55101-1314 |
| 13635891 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:53:11 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13684332 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13635898 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | Midland Funding, 2365 Northside Drive Suite 300, San Diego, CA 92108-2709 |
| 13687908 | | Email/PDF: pa_dc_claims@navient.com | May 19 2021 01:51:30 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 13652901 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:51:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13635899 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:53:16 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 13672656 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13668994 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13635903 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2021 01:49:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13875799 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13875800 | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 37

Date: May 20, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Deidre A Wood brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank  N.A., as trustee for Green Tree 2008-HE1 bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank  N.A., as trustee for Green Tree 2008-HE1 bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank  N.A., as trustee for Green Tree 2008-HE1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  an assignee of Fifth Third Bank ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Deidre A Wood
    Debtor(s)

Bankruptcy No: 15−18369−mdc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                                      Timothy B. McGrath
                                                        Clerk of Court

Dated: 5/18/21

                                                                                                                                             89 − 88
                                                                                                                                        Form 138_new